UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Sattler d/b/a Midtown East Physical Therapy,

Plaintiff,

-against-

Dale Pharmacy & Surgical, Inc.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2021_

21 Civ. 1521 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the parties' joint letter dated May 19, 2021, ECF No. 26. By **May 24, 2021**, the parties shall submit a joint letter addressing (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions, and (3) the prospect for settlement, in compliance with the Court's order of February 23, 2021, ECF No. 5 ¶ 4.

SO ORDERED.

Dated: May 20, 2021
New York, New York

ANALISA TORRES
United States District Judge